# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORIGA

| | |
|---|---|
| **Christina Parker**, <br> Sugar Hill, Georgia <br><br> Plaintiff <br><br> v. <br><br> **PNC BANK, N.A.** <br><br> Defendant | Civil Action No: 1:21-cv-00854 |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

1

By: /s/ Julia H. Pozo
   Julia H. Pozo
   Georgia Bar No.  477003
   jpozo@seyfarth.com
   SEYFARTH SHAW LLP
   1075 Peachtree Street, N.E.
   Suite 2500
   Atlanta, GA  30309-3958
   Telephone: (404) 885-1500
   Facsimile:  (404) 892-7056

   Counsel for Defendant
   PNC BANK, N.A.

By: /s/ John Durishan
   John Durishan
   Georgia Bar No. 165070
   info@ailegallaw.com
   aiLegal Law
   1999 S. Bascom Avenue, #250
   Campbell, CA 95008
   Telephone: (404) 343-7166
   Facsimile:  (404) 920-8598

   Counsel for Plaintiff
   Christina Parker

Respectfully submitted on August 13, 2021

## FOR THE NORTHERN DISTRICT OF GEORIGA

|  |  |  |
|---|---|---|
| **Christina Parker**, | ) | |
| Sugar Hill, Georgia | ) | |
|  | ) | |
| Plaintiff | ) | |
|  | ) | |
| v. | ) | Civil Action No: 1:21-cv-00854 |
|  | ) | |
| **PNC BANK, N.A.** | ) | |
|  | ) | |
| Defendant | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Joint Stipulation And Order For Dismissal With Prejudice** was served on the Defendant pursuant to Rule 5(b)(E)

by electronic mail to their attorney:

Julia H. Pozo
Attorney for Defendant
Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
jpozo@seyfarth.com

On August 13, 2021

/s/ John Durishan
John Durishan
Attorney Bar Number GA165070

Attorney for Plaintiff, Christina Parker
aiLegal Law (formerly Lucy Lu & Associates)
1999 S Bascom Ave #250
Campbell, CA 95008
Tel:404-343-7166
Fax: 404-920-8598
Email: info@ailegallaw.com
